Gwendolyn C. Payton,　　　　　　　　THE HONORABLE FRED VAN SICKLE
WSBA No. 26752
paytong@lanepowell.com
Andrew G. Yates,
WSBA No. 34239
yatesa@lanepowell.com
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone:  206.223.7000
Facsimile:  206.223.7107

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| ROBERT EGGART, individually and on behalf of himself and all other Washington residents and entities similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>A.L.S. ENTERPRISES, INC., CABELA'S INC., CABELA'S WHOLESALE, INC., GANDER MOUNTAIN CO., BASS PRO SHOPS, INC., BROWNING, INC., and ROBINSON OUTDOORS, INC., f/k/a ROBINSON LABORATORIES, INC.,<br><br>　　　　　　Defendants. | No. CV-09-107-FVS<br><br>DEFENDANTS' UNOPPOSED MOTION TO STAY UNTIL AFTER A DECISION BY THE JOINT PANEL ON MULTIDISTRICT LITIGATION ON PENDING MOTION FOR TRANSFER |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendants A.L.S. Enterprises, Inc., Cabela's Incorporated, Cabela's Wholesale, Inc., Gander Mountain Company,

DEFENDANTS' UNOPPOSED MOTION TO
STAY UNITL AFTER A DECISION - 1
No. CV-09-107-FVS
124207.0001/1713002.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

1 | and Bass Pro, Inc. (collectively "Defendants') bring the following motion,
2 | which is not opposed by Plaintiff.

## **MOTION**

Defendants hereby move the Court to stay all currently pending deadlines in this action until after a decision by the Joint Panel on Multidistrict Litigation on the pending motions seeking transfer to a single federal district court of all of the cases that have been filed in federal courts nationwide against Defendants that relate to the advertising and sale of odor control hunting clothing licensed by Defendant A.L.S. Enterprises, Inc. Such a stay and continuance is necessary to achieve the promotion of the just and efficient administration of this litigation, as provided for in 28 U.S.C. § 1407.

This motion is further supported by the accompanying memorandum of law and upon all the files and proceedings herein.

DEFENDANTS' UNOPPOSED MOTION TO STAY UNITL AFTER A DECISION - 2
No. CV-09-107-FVS
124207.0001/1713002.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  DATED: May 19, 2009

Respectfully submitted,

  s/Andrew G. Yates
Gwendolyn Payton, WSBA #26752
Andrew G. Yates, WSBA #34239
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338
Telephone:  (206) 223-7746
Fax:  (206)223-7107
Email:  paytong@LanePowell.com
            yatesa@LanePowell.com

*Of Counsel*:
Naikang Tsao
Michael D. Leffel
Theresa A. Andre
FOLEY & LARDNER LLP
150 E. Gilman Street, P.O. Box 1497
Madison, WI  53701
Telephone:  (608) 258-4250
Fax:  (608) 258-4258
Email:  ntsao@foley.com

Attorneys for A.L.S. Enterprises, Inc., Cabela's Incorporated, Cabela's Wholesale, Incorporated, Gander Mountain Co. and Bass Pro Shop, Inc.

DEFENDANTS' UNOPPOSED MOTION TO STAY UNITL AFTER A DECISION - 3
No. CV-09-107-FVS
124207.0001/1713002.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies that on the 19th day of May, 2009, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

| | |
|---|---|
| Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101-2609<br>tony@hbsslaw.com | Renae D. Steiner<br>Vincent J. Esades<br>Barbara J. Felt<br>Rachel L. B. Stoering<br>HEINS MILLS & OLSON, P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>rsteiner@heinsmills.com<br>vesades@heinsmills.com<br>bfelt@heinsmills.com<br>rstoering@heinsmills.com |
| Ernest W. Grumbles III<br>Thomas J. Leach<br>MERCHANT & GOULD<br>3200 IDS Center, 80 S. 8th Street<br>Minneapolis MN 55402-2215<br>egrumbles@merchantgould.com<br>tleach@merchantgould.com | Molly A. Malouf<br>Corr Cronin Michelson Baumgardner<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154-1051<br>E-Mail: mmalouf@corrcronin.com |

Executed on 19 day of May, 2009, at Seattle, Washington.

s/ Andrew G. Yates
Signature of Attorney
Typed Name: Andrew G. Yates
Address: 1420 Fifth Avenue, Seattle, WA
Tel: 206/223-7000   Fax: 206/223-7107
E-mail: yatesa@lanepowell.com
Attorneys for A.L.S., Cabela's Inc, Cabela's Wholesale, Bass Pro Shop, Gander Mountain

DEFENDANTS' UNOPPOSED MOTION TO STAY UNITL AFTER A DECISION - 4
No. CV-09-107-FVS
124207.0001/1713002.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107