Gwendolyn C. Payton,
WSBA No. 26752
paytong@lanepowell.com
Andrew G. Yates,
WSBA No. 34239
yatesa@lanepowell.com
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone:  206.223.7000
Facsimile:  206.223.7107

Attorneys for Defendants

THE HONORABLE FRED VAN SICKLE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

ROBERT EGGART, individually and
on behalf of himself and all other
Washington residents and entities
similarly situated,

                              Plaintiff,

        v.

A.L.S. ENTERPRISES, INC.,
CABELA'S INC., CABELA'S
WHOLESALE, INC., GANDER
MOUNTAIN CO., BASS PRO
SHOPS, INC., BROWNING, INC., and
ROBINSON OUTDOORS, INC., f/k/a
ROBINSON LABORATORIES, INC.,

                              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. CV-09-107-FVS

MEMORANDUM IN
SUPPORT OF DEFENDANTS'
UNOPPOSED MOTION TO
STAY UNTIL AFTER A
DECISION BY THE JOINT
PANEL ON MULTIDISTRICT
LITIGATION ON PENDING
MOTION FOR TRANSFER

        Defendants A.L.S. Enterprises, Inc., Cabela's Incorporated, Cabela's

Wholesale, Inc., Gander Mountain Company, and Bass Pro Shops, Inc.

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

124207.0001/1713988.1

(collectively "Defendants'), by their attorneys, move the Court to stay all deadlines in this action until after a decision by the Joint Panel on Multidistrict Litigation ("JPML") on the pending motion seeking to transfer to a single federal district court all of the cases that have been filed in federal courts nationwide against Defendants that relate to the advertising and sale of odor control hunting clothing licensed by Defendant A.L.S. Enterprises, Inc. ("ALS"). Defendants' motion is not opposed by Plaintiff.

## **BACKGROUND**

As this Court may be aware, a motion has been filed with the JPML seeking to transfer to a single federal district court all of the cases that have been filed in federal courts nationwide that relate to the advertising and sale of odor control hunting clothing licensed by Defendant ALS.

Plaintiff Robert Eggart filed his complaint in this case on April 9, 2009, asserting claims for violation of Washington's Consumer Protection Act, unjust enrichment, and civil conspiracy. **Multiple** actions alleging similar claims have now been filed in other district courts around the county, including the District of Minnesota. The plaintiffs in all the cases are represented by the same lead counsel who represent Plaintiff in this case. Plaintiffs have filed a motion before the JPML seeking transfer for coordination or consolidation pursuant to 28 U.S.C. § 1407(a). See Motion of Plaintiffs **Mike Buetow, Gary Steven Richardson Jr., Jeff Brosi, Dennis Deeb, Julian Beld, Scott Dorris, Rob Levin, Dennis Pickering and Thomas Pemberton in Support of Their**

MEMO ISO UNOPPOSED MOTION TO STAY - 2
No. CV-09-107-FVS

**Motion to Transfer Related Actions For Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407** ("pending JPML motion"), filed on March 31, 2009, attached to the Declaration of Andrew G. Yates as Exhibit A.  A hearing on Plaintiffs' motion will be heard by the JPML on May 28, 2009.   (Yates Decl., Exhibit B.)

## ARGUMENT

In light of the pending JPML motions, Defendants respectfully request that the Court stay this action until after the pending JPML motion is decided.

To the extent the JPML ultimately determines that transfer is warranted, the stay is necessary to achieve the purposes of 28 U.S.C. § 1407 – the promotion of the just and efficient administration of the litigation.  Absent a stay, this Court could well be required to invest a great deal of time and resources in, for example, deciding the motion to dismiss recently filed by Defendants, even though this Court may lose jurisdiction over this case when the Panel decides the pending JPML motion.  Moreover, the granting of a stay here for a short period of time to permit the JPML to rule would impose no prejudice on the Plaintiff, and Plaintiff does not oppose the motion.

It is well settled that "[a] district court has the inherent power to stay its proceedings.  This power to stay 'is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigation.'"  Rivers v. The Walt Disney Col, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997) (quoting Landis v. North Am.

MEMO ISO UNOPPOSED MOTION TO STAY - 3
No. CV-09-107-FVS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

124207.0001/1713988.1

Co., 299 U.S. 248, 254 (1936)).  Accord, e.g., Republic of Venezuela v. Philip Morris Companies, Inc., 1999 WL 33911677 (S.D. Fla. 1999) (citing Landis) (unpublished opinion attached to Yates Decl., Exhibit C); Armstrong v. Mille Lacs County Sheriffs Dept., 112 F. Supp. 2d 840, 843 (D. Minn. 2000) (stating that "[a]s a Federal District Court, we have the inherent power to stay the proceedings of an action, so as to control our docket, to conserve judicial resources, and to provide for the just determination of cases which are pending before us.").

Consistent with this principle, courts routinely exercise their inherent power to stay actions where, as here, motions to transfer and consolidate are pending before the JPML.  See, e.g., Rivers, 980 F. Supp. at 1362 ("it appears that a majority of courts have concluded that it is often appropriate to stay preliminary pretrial proceedings while a motion to transfer and consolidate is pending with the MLD Panel") (citations omitted); Calder v. A.O. Smith Corp., No. 04-1481, 2004 U.S. Dist. LEXIS 12083, at *1 (D. Minn. 2004) (granting stay pending decision by JPML and stating that "[i]t is appropriate to defer the resolution of certain pretrial matters until the Panel renders a decision with regard to whether a case should be transferred to the MDL court."); Benge v. Eli Lilly and Co., 553 F. Supp. 2d 1049, 1050 (N.D. Ind. 2008) (granting request for stay pending transfer by JPML because stay would allow for coordination of discovery and pre-trial proceeding and because judicial economy and potential prejudice weighted in favor of granting the stay);

MEMO ISO UNOPPOSED MOTION TO STAY - 4
No. CV-09-107-FVS

Namociv v. Cooper Tire and Rubber Co., 225 F. Supp. 2d 582, 585 (D. Md. 2001) (granting stay to make sure that "there is consistent treatment of the numerous lawsuits and that judicial resources are not wasted"); Good v. Prudential Ins. Co. v. Am., 5 F. Supp. 2d 804, 809 (N.D. Cal. 1998) (observing that "[c]ourts frequently grant stays pending a decision by the MDL Panel"); 15 Wright, Miller, & Cooper, Federal Practice and Procedure § 3866.1 ("district courts often will exercise their discretionary power to stay the proceedings before them with regard to a variety of matters pending a decision by the Panel regarding the transfer of a case, especially when such a stay would further the policies of judicial economy, efficiency, and consistency that are deeply embedded in the federal multidistrict litigation statute"); see also Multidistrict Litigation Manual, § 3.15 ("District courts have . . . readily stayed proceedings pending a Panel decision"); Manual for Complex Litigation, Fourth, 22.35 ("A stay pending the Panel's decision can increase efficiency and consistency, particularly when the transferor court believes that a transfer order is likely and when the pending motions raise issues likely to be raised in other cases as well"); accord Aetna U.S. Healthcare, Inc. v. Aktiengesellschaft, 48 F. Supp. 2d 37, 43 (D. D.C. 1999) (granting defendant's motion to stay the case "pending resolution by the Judicial Panel on Multidistrict Litigation of defendants' motion to consolidate and transfer this and other related cases" because, "[g]iven the potential for common and overlapping issue in many of these cases, . . . such a stay would further judicial economy and eliminate the

MEMO ISO UNOPPOSED MOTION TO STAY - 5
No. CV-09-107-FVS

potential for conflicting pretrial rulings were the case ultimately transferred");

Bullard v. American Airlines, 929 F. Supp. 1284, 1286-87 (W.D. Mo. 1996) ("[i]n light of" the filing of "a motion with the Judicial Panel for Multidistrict Litigation to consolidate all actions arising out of" the plane crash at issue, "the Court will stay ruling on the motion to dismiss pending the ruling on the motion to consolidate"); Republic of Venezuela, 1999 WL 33911677, at *1-2 (granting a stay pending the JPML's decision on the Motion to Transfer and Consolidate).

Defendants respectfully submit that a stay pending a decision by the Panel on the pending JPML motion would promote judicial economy here.  It would be highly inefficient for this Court to expend time and resources "familiarizing itself with the intricacies of a case" that could well 'be heard by another judge." Rivers, 980 F. Supp. at 1360.  Indeed, "any efforts on behalf of this Court concerning case management will most likely have to be replicated by the judge that is assigned to handle the litigation" if the JPML grants the pending JPML motion.  Id. at 1360-61.

## CONCLUSION

Defendants requests that this Court enter an order staying this case until after the pending JPML motion is decided.

MEMO ISO UNOPPOSED MOTION TO STAY - 6
No. CV-09-107-FVS

124207.0001/1713988.1

1   DATED:  May 19, 2009.

2                                    Respectfully submitted,

3

4                                      s/Andrew G. Yates
                                     Gwendolyn Payton, WSBA #26752
5                                    Andrew G. Yates, WSBA #34239
                                     LANE POWELL PC
6                                    1420 Fifth Avenue, Suite 4100
                                     Seattle, WA  98101-2338
7                                    Telephone:  (206) 223-7746
                                     Fax:  (206)223-7107
8                                    Email:  paytong@LanePowell.com
                                        yatesa@LanePowell.com
9

10                                   *Of Counsel*:
                                     Naikang Tsao
11                                   Michael D. Leffel
                                     Theresa A. Andre
12                                   FOLEY & LARDNER LLP
                                     150 E. Gilman Street, P.O. Box 1497
13                                   Madison, WI  53701
                                     Telephone:  (608) 258-4250
14                                   Fax:  (608) 258-4258
                                     Email:  ntsao@foley.com
15

16
                                     Attorneys for A.L.S. Enterprises, Inc.,
17                                   Cabela's Incorporated, Cabela's
                                     Wholesale, Incorporated, Gander
18                                   Mountain Co. and Bass Pro Shop, Inc.

19

20

21

22

23

24

25

26

MEMO ISO UNOPPOSED MOTION TO STAY - 7
No. CV-09-107-FVS

124207.0001/1713988.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

### CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies that on the 19th day of May, 2009, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Anthony D. Shapiro
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101-2609
tony@hbsslaw.com

Renae D. Steiner
Vincent J. Esades
Barbara J. Felt
Rachel L. B. Stoering
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
rsteiner@heinsmills.com
vesades@heinsmills.com
bfelt@heinsmills.com
rstoering@heinsmills.com

Ernest W. Grumbles III
Thomas J. Leach
MERCHANT & GOULD
3200 IDS Center, 80 S. 8th Street
Minneapolis MN 55402-2215
egrumbles@merchantgould.com
tleach@merchantgould.com

Molly A. Malouf
Corr Cronin Michelson Baumgardner
& Preece LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
E-Mail: mmalouf@corrcronin.com

Executed on 19th day of May, 2009, at Seattle, Washington.

s/ Andrew G. Yates
Signature of Attorney
WSBA #: 34239
Address: 1420 Fifth Avenue, Seattle, WA
Telephone: 206/223-7000
Fax: 206/223-7107
E-mail: yatesa@lanepowell.com
Attorney(s) For: Defendants A.L.S., Cabela's
Incorporated, Cabela's Wholesale, Bass Pro
Shop and Gander Mountain

MEMO ISO UNOPPOSED MOTION TO STAY - 8
No. CV-09-107-FVS

124207.0001/1713988.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MEMO ISO UNOPPOSED MOTION TO STAY - 9
No. CV-09-107-FVS

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

124207.0001/1713988.1